Received at: 11:50AM, 11/21/2006

11-21-2006  11:49am  From-Pinnock Wakefield                    8198583848          T-589  P.002/003  F-412

FILED

2006 NOV 22  AM 8:54

CLERK US DIS... ... ...
SOUTHERN DISTRICT OF CALIFORNIA

BY____KM_____DEPUTY

1  **PINNOCK & WAKEFIELD, A.P.C.**
   Michelle L. Wakefield, Esq.        Bar #: 200424
2  David C. Wakefield, Esq.           Bar #: 185736
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9

10 2150 SIGOURNEY JOSSIAH - FRANCIS      Case No.: 06cv1715 BEN (POR)
   LEE ASSOCIATION, SUING ON BEHALF
11 OF THEODORE A. PINNOCK AND ITS        [PROPOSED] ORDER DISMISSING
   MEMBERS; and THEODORE A. PINNOCK,     DEFENDANTS KATHLEEN PARRY
12 An Individual                         d.b.a. CARIZMA GODDESS WEAR;
                                         JOSEPH PARRY d.b.a. CARIZMA
13                                        GODDESS WEAR; JEAN-CLAUDE
                 Plaintiffs,             ALDIBS; and VERONICA ALDIBS
14                                        WITH PREJUDICE AND PLAINTIFFS'
        v.                               COMPLAINT IN ITS ENTIRETY
15

16 KATHLEEN PARRY d.b.a. CARIZMA
   GODDESS WEAR; JOSEPH PARRY d.b.a.
17 CARIZMA GODDESS WEAR; JEAN-CLAUDE
   ALDIBS; VERONICA ALDIBS; And DOES     [Fed.R.Civ.P. Rule 41(a)(2)]
18 1 THROUGH 10, Inclusive

19              Defendants.

20

21

22

23

24     IT IS HEREBY ORDERED that Defendants KATHLEEN PARRY d.b.a.

25 CARIZMA GODDESS WEAR; JOSEPH PARRY d.b.a. CARIZMA GODDESS WEAR;

26 JEAN-CLAUDE ALDIBS; and VERONICA ALDIBS, are dismissed with

27 prejudice from Plaintiffs' Complaint, Case Number: 06cv1715 BEN

28

                         1     Case Number: 06cv1715 BEN (POR)

   Document Date: November 17, 2006

Received at: 11:50AM, 11/21/2006

1  (POR).  Additionally, Plaintiffs' Complaint is dismissed with

2  prejudice in its entirety.

3

4  **IT IS SO ORDERED.**

5

6  Dated: 11/21/06

7                                          HONORABLE ROGER T. BENITEZ
                                           UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2        Case Number: 06cv1715 BEN (POR)

Document Date: November 17, 2006